USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/11/2022___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARDIOVASCULAR RESEARCH FOUNDATION,

                Plaintiff,

-against-

WILLIS TOWERS WATSON NORTHEAST, INC. and
WILLIS TOWERS WATSON SOUTHEAST, INC.,

                Defendants.

22 Civ. 1990 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has been advised that Plaintiff intends to contest removal of this matter. Accordingly,

1. By **April 1, 2022**, Plaintiff shall file its motion for remand;
2. By **April 15, 2022**, Defendants shall file their opposition; and
3. By **April 22, 2022**, Plaintiff shall file its reply, if any.

      SO ORDERED.

Dated: March 11, 2022
       New York, New York

ANALISA TORRES
United States District Judge