```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/11/2022___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CARDIOVASCULAR RESEARCH FOUNDATION,

                Plaintiff,

    -against-

WILLIS TOWERS WATSON NORTHEAST, INC. and
WILLIS TOWERS WATSON SOUTHEAST, INC.,

                Defendants.

22 Civ. 1990 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated April 1 and 8, 2022, concerning Defendants' request to file a motion to dismiss the complaint in this matter. The request is DENIED without prejudice to renewal within fifteen days of the Court's decision on the pending motion to remand this matter to state court.

    SO ORDERED.

Dated: April 11, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge