UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/6/2022_____
```

CARDIOVASCULAR RESEARCH FOUNDATION,

                    Plaintiff,

          -against-

WILLIS TOWERS WATSON SOUTHEAST, INC.,

                    Defendant.

22 Civ. 1990 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed stipulated confidentiality agreement and protective order.  ECF No. 36-1.  This Court will not retain jurisdiction to enforce this order after termination of the litigation.  *See id.* ¶ 18.  Accordingly, by **September 13, 2022**, the parties shall file an amended proposed order removing the language in paragraph 18 of the proposed order.

    SO ORDERED.

Dated: September 6, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge