UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARDIOVASCULAR RESEARCH FOUNDATION,

                Plaintiff,

-against-

WILLIS TOWERS WATSON SOUTHEAST, INC.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/7/2022_____

22 Civ. 1990 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' revised proposed stipulated confidentiality agreement and protective order. ECF No. 38-1. By **September 13, 2022**, the parties shall file an amended proposed order amending the language in paragraph 11 of the revised proposed order to comply with Section IV(A) of the Court's Individual Practices in Civil Cases.

      SO ORDERED.

Dated: September 7, 2022
       New York, New York

ANALISA TORRES
United States District Judge