USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: _5/15/2023___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARDIOVASCULAR RESEARCH FOUNDATION,

Plaintiff,

-against-

WILLIS TOWERS WATSON SOUTHEAST, INC.,

Defendant.

22 Civ. 1990 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The conference scheduled for June 13, 2023, is ADJOURNED *sine die*.

SO ORDERED.

Dated: May 15, 2023
New York, New York

ANALISA TORRES
United States District Judge